**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00702-CR

**TERRISH JERMAINE GARMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-34332-J**

## ORDER

The reporter's record filed in this case consists of five volumes. However, they are labeled to indicate that they are part of a seven-volume record. Moreover, none of the exhibits were filed with the record.

Accordingly, the Court **ORDERS** court reporters Kimberly Xavier and Kelly Bryant to file, within **FIFTEEN DAYS** of the date of this order, volumes six and seven of the reporter's record, including all exhibits admitted into evidence during the trial.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kimberly Xavier, official court reporter, Criminal District Court No. 3; court reporter Kelly Bryant; and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE